**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------X

UNITED STATES OF AMERICA

    -against-

James Burke

-------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 08 2016 ★

LONG ISLAND OFFICE

ORDER

15-CR-0627-001 (LDW)

WEXLER, Senior District Judge:

**IT IS HEREBY RECOMMENDED** that the defendant be designated to Federal Correctional Institute Otisville, New York for the service of his sentence.

The Court notes that this is a recommendation only. The final designation of an institution to which a defendant will be housed is made by the Federal Bureau of Prisons.

SO ORDERED:

_____
Leonard D. Wexler
Senior U.S.D.J.

Dated: December __8__, 2016
      CENTRAL ISLIP, NEW YORK